# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| KENNETH LEE TRAMPER, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:15-cv-00108-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| JASON SMITH, Tribal Prosecutor, | ) | |
| KIRK SAUNOOKE, Trial Judge, | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 15, 2015 Order.

June 15, 2015

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court